(July 18, 1985)

■ In the Matter of JAMES J. CALLY, an Attorney, Respondent.—Respondent suspended from practice as an attorney and counselor-at-law in the State of New York and, within 30 days from the date of this court's order, directed to show cause why a final order of suspension or removal from office should not be made, all as indicated in the order of this court. Concur —Murphy, P. J., Sandler, Ross, Carro and Bloom, JJ.